UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-15143-BKC-AJC
CHAPTER 13

IN RE:
PAUL PAZMINO,
    Debtor
                                  /

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor, PAUL PAZMINO, by and through the undersigned attorney, moves this Honorable Court for an Order allowing modification of the Chapter 13 Plan, and states:

1.     The Debtor filed for Chapter 13 Bankruptcy Code on

2.     The Debtor proposes to modify his Sixth Amended Chapter 13 Plan as to the Loss Mitigation language (MMM) for the property located at 13504 Northeast 23rd Place, Miami, FL 33181, as the MMM was denied.

3.     The Debtor is current under his proposed First Modified Chapter 13 Plan, a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Adam Diaz, counsel for MTGLQ at adiaz@shdlegalgroup.com, Chase Berger, counsel for SN Servicing at bknotifications@ghidottiberger.com and all others set forth in the NEF, this 29th day of May 2019 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail and to Paul Pazmino, Debtor, 13504 Northeast 23rd Place, Miami, FL 33181 and to all creditors.

                              LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
                                    & RODOLFO H. DE LA GUARDIA, JR.
                                Attorneys for the Debtor
                                Suite 620 • Union Planters Bank Building
                                10 Northwest LeJeune Road
                                Miami, FL 33126-5431
                                Telephone    (305) 443-4217
                                Email- Pleadings@bkclawmiami.com

                                By   /s/
                                    Michael A. Frank
                                    Florida Bar No. 339075