UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-15143-BKC-AJC
CHAPTER 13

IN RE:
PAUL PAZMINO
    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

MICHAEL A. FRANK, as counsel for the Debtor, PAUL PAZMINO, moves this Honorable Court for an Order granting his Motion to Withdraw as Counsel for the Debtor, and states:

1.    Irreconcilable differences have arisen between the undersigned and the Debtor, PAUL PAZMINO.

WHEREFORE, undersigned requests this Honorable Court to enter an Order Withdrawing as Counsel for the Debtor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com all others set forth in the NEF, this 10th day of June 2019 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to Paul Pazmino, Debtor, 13504 Northeast 23rd Place, Miami, FL 33181 and to all creditors.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone    (305) 443-4217
Facsimile    (305) 443-3219
Email- Pleadings@bkclawmimai.com

By   /s/ Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075