

## ORDERED in the Southern District of Florida on October 3, 2019.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-15143-BKC-AJC
CHAPTER 13

IN RE:
PAUL A. PAZMINO,
                DEBTOR(S).  /

### ORDER CONTINUING DEBTOR'S MOTION TO VACATE ORDER ON MOTION TO MODIFY (ECF #114)

THIS CASE came to be heard on September 24, 2019, upon the Debtor's Motion to Vacate Order on Motion to Modify, it is
ORDERED as follows:
1.  The Debtor's Motion (ECF #114) is continued to **October 29, 2019 at 9:00AM** at 301 North Miami Avenue, Courtroom 7, Miami, FL 33128.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.